Same case below, 623 F.3d 447.

Same case below, 387 Fed. Appx. 289.

**No. 10-894. Jeffrey J. Prosser, et al., Petitioners v. National Rural Utilities Cooperative Finance Corporation, et al.**

562 U.S. 1287, 131 S. Ct. 1680, 179 L. Ed. 2d 617, 2011 U.S. LEXIS 2349.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-908. Richard John Florance, Jr., Petitioner v. Don Bush, et al.**

562 U.S. 1287, 131 S. Ct. 1684, 179 L. Ed. 2d 617, 2011 U.S. LEXIS 2228.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-900. Donald James Bohana, Petitioner v. Tom E. Vaughn, Warden, et al.**

562 U.S. 1287, 131 S. Ct. 1682, 179 L. Ed. 2d 617, 2011 U.S. LEXIS 2372.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 600.

**No. 10-909. Gianna Driver, Petitioner v. James G. Conley, Sr.**

562 U.S. 1287, 131 S. Ct. 1685, 179 L. Ed. 2d 617, 2011 U.S. LEXIS 2283.

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Sixth District, denied.

Same case below, 320 S.W.3d 516.

**No. 10-903. Darrell G. Ober, Petitioner v. Jeffrey B. Miller, et al.**

562 U.S. 1287, 131 S. Ct. 1684, 179 L. Ed. 2d 617, 2011 U.S. LEXIS 2342.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 395 Fed. Appx. 849.

**No. 10-912. Evert Clyde Baker, Jr., Petitioner v. Texas.**

562 U.S. 1287, 131 S. Ct. 1685, 179 L. Ed. 2d 617, 2011 U.S. LEXIS 2413.

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Eleventh District, denied.

**No. 10-906. James D. Schneller, Petitioner v. Crozer Chester Medical Center, et al.**

562 U.S. 1287, 131 S. Ct. 1684, 179 L. Ed. 2d 617, 2011 U.S. LEXIS 2222.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-913. Herand Abcarian, Petitioner v. Timothy McDonald, et al.**

562 U.S. 1288, 131 S. Ct. 1685, 179 L. Ed. 2d 617, 2011 U.S. LEXIS 2277.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.